ABRAHAM DENIKE, Respondent, *v.* CHARLES W. DENIKE, Appellant.

*Denike* v. *Denike*, 8 Misc. Rep. 604, affirmed.
(Argued March 4, 1898; decided March 22, 1898.)

APPEAL from a judgment of the General Term of the late City Court of Brooklyn, entered June 27, 1894, upon an order modifying and affirming, as modified, a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*H. J. Morris* for appellant.

*M. L. Towns* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.

---

MARY M. WHITING, Respondent, *v.* THE STANDARD GAS LIGHT COMPANY, Appellant.

*Whiting* v. *Standard Gas Light Co.*, 83 Hun, 4, affirmed.
(Argued March 7, 1898; decided March 22, 1898.)

APPEAL from a judgment of the late General Term of the Supreme Court in the first judicial department, entered January 24, 1895, upon an order affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry Thompson* for appellant.

*T. McCants Stewart* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur, except PARKER, Ch. J., not sitting.